UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CR230 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| HECTOR GARCIA-PELIYO, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 8th day of April, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 25, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, Title 81, United States Code, Sections 922(g)(5) and 924(d) based upon the Defendant's plea of guilty to Counts I, III, IV and V of the Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $991.00 in United States currency, a Remington Model 1100 12 gauge shotgun, serial number L938017V, a Ruger Model 10/22 .22 caliber rifle, serial number 110-37017, and a Wards Western Field Model 50 rifle was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on February 1, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on April 6, 2010 (Filing No. 50).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $991.00 in United States currency, a Remington Model 1100 12 gauge shotgun, serial number L938017V, a Ruger Model 10/22 .22 caliber rifle, serial number 110-37017, and a Wards Western Field Model 50 rifle, held by any person or entity, is hereby forever barred and foreclosed.

C. The $991.00 in United States currency, a Remington Model 1100 12 gauge shotgun, serial number L938017V, a Ruger Model 10/22 .22 caliber rifle, serial number 110-37017, and a Wards Western Field Model 50 rifle, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal and the Bureau of Alcohol, Tobacco, Firearms and Explosives for the District of Nebraska are directed to dispose of said properties in accordance with law.

DATED this 8th day of April, 2010.

                                        **BY THE COURT:**

                                        s/ Joseph F. Bataillon
                                        **JOSEPH F. BATAILLON, CHIEF JUDGE**
                                        **United States District Court**